**IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DAVID CHAPIN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. 1:24-CV-00455-JRN** |
| **IHI AGRI-TECH CORPORATION;** | § | |
| **IHI AMERICAS, INC., AND SMALL** | § | |
| **FARM INNOVATIONS, INC.,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

CAME ON TO BE CONSIDERED THIS _____ day of _____, 2024, Plaintiff's Motion for Leave to Amend Complaint. After reviewing the motion, the Court finds that it should be granted.  It is, therefore,

ORDERED that Plaintiff is granted leave to file his Amended Complaint.

_____
JUDGE PRESIDING