IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID CHAPIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CAUSE NO. 1:24-CV-00455-JRN |
| | § | |
| IHI AGRI-TECH CORPORATION; | § | |
| AND SMALL FARM INNOVATIONS, | § | |
| INC. | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT SMALL FARM INNOVATIONS, LLC (INCORRECTLY NAMED AS SMALL FARM INNOVATIONS, INC.)'S RULE 12(b)(1) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this day the Court considered Defendant Small Farm Innovations, LLC (incorrectly named as Small Farm Innovations, Inc.)'s Motion to Dismiss Plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) (the "Motion"). Having considered the Motion and any responses or replies thereto, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED.

It is further ORDERED that any and all claims Plaintiff asserts in his First Amended Complaint against Small Farm Innovations, LLC (incorrectly named as Small Farm Innovations, Inc.) are hereby dismissed, without prejudice, for lack of federal subject-matter jurisdiction.

SIGNED this _____ of _____, 2024.

                                                                                                 _____
                                                                                                 HON. UNITED STATES DISTRICT JUDGE
                                                                                                 JAMES NOWLIN